UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISAAC C. GARNER, | |
| Petitioner, | |
| v. | Civil No. 16-cv-406-JPG |
| UNITED STATES OF AMERICA, | Criminal No 08-cr-30210-JPG |
| Respondent. | |

## **JUDGMENT**

This matter having come before the Court, and the Court having granted the petitioner's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Isaac C. Garner's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed without prejudice.

**DATED:** April 19, 2017        JUSTINE FLANAGAN, Acting Clerk of Court

s/*Tina Gray*, **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
     **J. PHIL GILBERT**
     **DISTRICT JUDGE**